FOR PUBLICATION

**FILED**

**UNITED STATES COURT OF APPEALS**

JUL 15 2019

**FOR THE NINTH CIRCUIT**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY BERNARD SMITH, Jr., <br><br> Petitioner-Appellant, <br><br> v. <br><br> RON DAVIS, <br><br> Respondent-Appellee. | No. 17-15874 <br><br> D.C. No. <br> 2:15-cv-01785-JAM-AC <br> Eastern District of California, <br> Sacramento <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.